**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **CV 22-5858-JFW(Ex)** | Date:  December 20, 2022 |

Title:   Hyatt Hotels Corporation -v- Unite Here Local 11

**PRESENT:**
   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   ORDER GRANTING PETITIONER HYATT HOTELS CORPORATION'S AMENDED MOTION TO VACATE ARBITRATION AWARD [filed 9/13/2022; Docket No. 20]

   On September 13, 2022, Petitioner Hyatt Hotels Corporation ("Petitioner" or "Hyatt") filed an Amended Motion to Vacate Arbitration Award.  On September 26, 2022, Respondent Unite Here Local 11 ("Respondent" or the "Union") filed its Opposition.  On October 3, 2022, Hyatt filed a Reply.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found the matter appropriate for submission on the papers without oral argument.  The matter was, therefore, removed from the Court's hearing calendar and the parties were given advance notice.  After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

   For the reasons stated in Hyatt's moving and reply papers, the Court concludes that the arbitration award must be vacated.  The Court adopts and signs, as modified, Hyatt's Proposed Statement of Decision Regarding Petitioner Hyatt Hotels Corporation's Motion to Vacate Arbitration Award, lodged with the Court on October 5, 2022 (Docket No. 26-1).

   IT IS SO ORDERED.